IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEODRON LTD., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:20-CV-00190-JRG |
| § | |
| TEXAS INSTRUMENTS INC., § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (Dkt. No. 67) (the "Stipulation"). In the Stipulation, the parties request that the Court approve the parties' agreement that the above-captioned action, including all claims that were or could have been brought in this action, be dismissed with prejudice, pursuant to the parties' confidential Settlement and License Agreement and that the Court retain jurisdiction over the parties and the subject matter to enforce the Settlement and License Agreement.

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims in the above-captioned action are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. The parties pending Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 66) is **MOOT** in light of this Order. The Clerk of Court is directed to **CLOSE** the above-captioned action as no parties or claims remain.

**So ORDERED and SIGNED this 13th day of July, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE